## 36454. HARDY v. WILLIAMS.

Judgment affirmed without opinion under Rule 59.
*All the Justices concur.*

ARGUED JULY 9, 1980 — DECIDED SEPTEMBER 10, 1980.

*Lawton Miller, Jr., J. Alton Gladin,* for appellant.
*Walter A. Scott,* for appellee.

## 36081. BENSON CHEVROLET COMPANY, INC. v. PAPPAS et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED MARCH 28, 1980 — DECIDED JULY 1, 1980.

*Bryant, Davis & Cowden, F. David Grissett,* for appellant.
*Rolader, Davis & McEvoy, D. W. Rolader, Wellborn R. Ellis,* for appellees.

## 36841. BEDINGFIELD v. BEDINGFIELD.

PER CURIAM.
Appellant having failed to file an application for interlocutory review in this court as required by Code Ann. § 6-701 (a) (2), the appeal is dismissed as premature.
*Appeal dismissed. All the Justices concur.*

SUBMITTED NOVEMBER 14, 1980 — DECIDED DECEMBER 3, 1980 — REHEARING DENIED DECEMBER 17, 1980.

*Robert Strickland, Jr.,* for appellant.
*Savell, Williams, Cox & Angel, Henry Angel,* for appellee.